FILED

11/26/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0428

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0428

_____

IN RE THE MATTER OF THE ESTATE OF

THOMAS GEORGE BENNETT,                                    O R D E R

    Deceased.

_____

On October 21, 2024, the mediator for this appeal filed a report stating that the case has settled.  Nothing further has been filed.

Pursuant to M. R. App. P. 7(7)(b),

IT IS THEREFORE ORDERED that this appeal is DISMISSED.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 26 2024